UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-206,<br><br>Defendants. | Case No. 1:04-CV-01023 (HHK) |

DECLARATION OF DOE #87 IN SUPPORT OF MOTION

TO QUASH SUBPOENA DUCES TECUM ISSUED TO

VERIZON INTERNET SERVICES, INC.

I, Doe #87, hearby declare and affirm that:

1. I reside more than 100 miles from this court. I have never conducted business in the District of Columbia and have no contacts there. It would be unduly burdensome for me to stand trial in that jurisdiction.

2. I have received a letter from Verizon stating that they have identified me as the account holder that was issued the dynamic IP address 141.157.248.160 at 07:03:01 EST on January 18, 2004. A true copy of this letter (altered to remove my name) is attached to my motion to quash subpoena duces tecum as exhibit A.

3. On the date of January 18, 2004 at 07:03:01 EST my DSL connection was not directly connected to any of my computers but instead to a device commonly known as a 'Wireless Broadband Router' to form a small home network.

4. None of the computers owned by me have ever contained copyrighted materials owned by the Plaintiffs.

5. I have never participated in any 'online media distribution system' as the Plaintiffs describe.

I declare under penalty of perjury the the foregoing is true and correct.

Executed on July, 28 2004            *Doe 87*

Doe #87

c/o

471 Hunter Circle

Kissimmee, Fl 34758

1-866-207-7126   (PIN - 7142)