## United States District Court

### DISTRICT OF COLUMBIA

Sony Music Entertainment Inc.; Warner Bros., Inc., et. al.

V.

DOES 1-206

Case No. 1:04-CV-01023 (HHK)

### PRO SE MOTION TO QUASH SUBPOENA

Comes now DOE alleged IP Address 68.161.206.146 on 2004-01-21 11:31 EST and moves this honorable court to quash a subpoena request to Verizon Online, issued by the Plaintiffs in this case. (Exhibit A)   In support of this motion, Defendant attaches the following memorandum of law.

01-21 11:31 EST

_____SIGN_____
DOE alleged IP Address 68.161.206.146 on 2004-
Aug 13, 2004

United States District Court

DISTRICT OF COLUMBIA

---

Sony Music Entertainment Inc.; Warner Bros., Inc., et. al.

V.

DOES 1-206

Case No. 1:04-CV-01023 (HHK)

**PRO SE**
**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO QUASH SUBPOENA**

Defendant received the attached subpoena request from Verizon online by regular mail on August 3, 2004. Defendant is a licensed nurse and contends that she never used the file in question and does have a computer but does not even know how to operate the computer or download files. In fact, Defendant often works double shifts which would remove her from the premises during the time period alleged.

Defendant is hereby alleging that Plaintiffs have filed this case without a reasonable claim of copyright infringement. By granting this subpoena, Defendant alleges that her constitutional rights to privacy would be violated as well as her right to safety.

Because the release of this information would violate Defendant's rights as outlined above and thus, the attached subpoena request should be quashed by this honorable court.

                                                 ____SIGN_____
                                                 DOE alleged IP Address 68.161.206.146 on 2004-01-21 11:31 EST

TO:
**REGULAR MAIL**
Thomas J. Perrelli
Jenner & Block LLP
601 Thirteenth St NW
Suite 1200 South
Washington, DC 20005
(202)639-6004

**OVERNIGHT** MAIL
US District Court

**United States District Court**

DISTRICT OF COLUMBIA

Sony Music Entertainment Inc.; Warner Bros., Inc., et. al.

V.

DOES 1-206

Case No. 1:04-CV-01023 (HHK)

ORDER

     And now, it is ordered this _____ day of August, 2004, that the subpoena is the above captioned-matter is hereby quashed in respect to DOE alleged IP Address 68.161.206.146 on 2004-01-21 11:31 EST.

                                                                               _____

                                                                                     Judge